No. 00–9305. IN RE KASKA;
No. 00–9357. IN RE ROBINSON;

No. 00–9359.  IN RE RICHARDSON; and

No. 00–9819.  IN RE HARRIS.  Petitions for writs of mandamus denied.